No. 00–7680. CERRANO-DELGADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7682. KAHL *v.* McLAUGHLIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7683. MAYFIELD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7685. ALANIS, AKA ALANIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7689. WILSON *v.* SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–7690. SAMUELSON *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 00–7693. LaBLANCHE *v.* HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 00–7695. ADAMS *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 00–7696. ANDREWS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7697. REYES-MARO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7698. ROBLES-NUNEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7705. MILLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7707. NEAL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–7708. VILLAVICENCIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7715. JONES *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7716. MACON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.